# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports

No. 68  SSM 10
In the Matter of Jason Froehlich,
        Appellant,
        v.
New York State Department of
Corrections and Community
Supervision,
        Respondent.

Submitted by Thomas D. Latin, for appellant.
Submitted by Joseph M. Spadola, for respondent.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

On review of submissions pursuant to section 500.11 of the Rules, appeal dismissed, with costs, upon the ground that the two-Justice dissent at the Appellate Division is not on a question of law (see CPLR 5601 [a]).   Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and Feinman concur.

Decided June 25, 2020